UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------ x
ROBERT COOK,
      Plaintiff,  :  Case No. 3:20-cv-00139-AVC

      -against-

LIFE INSURANCE COMPANY OF NORTH  :  February 26, 2020
AMERICA; CIGNA CORPORATION
      Defendants.
------------------------------------------------------------ x

**Rule 7.1 Corporate Disclosure Statement**

The defendant, Life Insurance Company of North America ("LINA"), hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of Civil Procedure 7.1:

LINA is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of Cigna Holdings, Inc., which is a wholly owned subsidiary of Cigna Holding Company, which is a wholly owned subsidiary of Cigna Corporation. The shares of Cigna Corporation are publicly traded.

There is no publicly traded corporation that owns 10% or more stock in Cigna Corporation.

            DEFENDANT,
            LIFE INSURANCE COMPANY OF
            NORTH AMERICA
            By: /s/ *Patrick W. Begos*
                Patrick W. Begos (ct19090)
                ROBINSON & COLE LLP
                1055 Washington Boulevard
                Stamford, CT 06901
                Tel. No.: (203) 462-7500
                Fax No.: (203) 462-7599
                E-mail: pbegos@rc.com

- 2 -

>Ivana D. Greco (ct29635)
>ROBINSON & COLE LLP
>280 Trumbull Street
>Hartford, CT 06103
>Tel. No.: (860) 275-8333
>Fax No.: (860) 275-8299
>E-mail: igreco@rc.com

## CERTIFICATION

I hereby certify that on February 26, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

>/s/ *Patrick W. Begos*